**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

**SPECIAL WARRANTY DEED** 00162906

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF ZAPATA §

OR 0 0 8 9 7 0 0 7 0 3

THAT THE UNDERSIGNED, **ZAPATA COUNTY**, a Political Subdivision of the State of Texas, 200 East 7th Avenue, Zapata County, Texas, acting herein by and through the Zapata County Commissioners Court, hereinafter called "Grantor," whether one or more, for and in consideration of the sum of TEN DOLLARS ($10.00) cash, and other good and valuable consideration in hand paid to Grantor by **JOEL RUIZ** and wife, **ANA MARIA RUIZ**, whose address is 110 Gutierrez Street, San Ygnacio, Zapata County, Texas 78067, Texas hereinafter called Grantee, whether one or more, the receipt and sufficiency of which consideration are hereby acknowledged, has **GRANTED, SOLD**, and **CONVEYED**, and by these presents does hereby **GRANT, SELL**, and **CONVEY** unto Grantee, the real property described as:

> **That portion of the Lincoln Street Right of Way consisting of approximately .23 acres of real property situated in Zapata County, Texas and being all of that portion of (so called) Lincoln Avenue, in the Town of San Ygnacio, Texas as per Plats recorded in Volume 2, Page 127, of the Plat Records of Zapata County, Texas and in the Supplemental Plat thereto recorded in Volume 2, Page 133, of the Plat Records of Zapata County, Texas, bounded in the East by the westerly boundary of Treviño Street, on the West by the Rio Grande, on the North by the northerly boundary of Lincoln Street and (including the area encompassed by the existing wall surrounding the property of Grantee situated at 401 Treviño Street), and on the south by the southerly boundary of Lincoln Street, and as shown on survey or sketch hereto as Exhibit "A," together with:**

(i) any and all appurtenances belonging or appertaining thereto; (ii) any and all improvements located thereon; (iii) any and all appurtenant easements or rights of way affecting said real property and any of Grantor's rights to use same; (iv) any and all rights of ingress and egress to and from said real property and any of Grantor's (and of the public generally) rights to use same; (v) any and all rights and interests of Grantor in and to any leases covering all or any portion of said real property; and (vi) all right, title, and interest of Grantor (and of the public

generally), if any, in and to (a) any and all roads, streets, alleys and ways (open or proposed) affecting, crossing, fronting, or bounding said real property, including any awards made or to be made relating thereto including, without limitation, any unpaid awards or damages payable by reason of damages thereto or by reason of a widening of or changing of the grade with respect to same, (b) any and all strips, gores, or pieces of property abutting, bounding, or which are adjacent or contiguous to said real property (whether owned or claimed by deed, limitations, or otherwise), (c) any and all air rights relating to said real property, and (d) any and all reversionary interests in and to said real property (said real property together with any and all of the related improvements, appurtenances, rights, and interests referenced in items (i) through (vi) above are herein collectively referred to as the "Property").

OR 00897 00704

This conveyance, however, is made and accepted subject to the following matters, to the extent same are in effect at this time: any and all restrictions, covenants, assessments, reservations, outstanding mineral interests held by third parties, conditions, and easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect and shown of record in the hereinabove mentioned County and State or to the extent that they are apparent upon reasonable inspection of the property; and to all zoning laws, regulations, and ordinances of municipal and/or other governmental authorities, if any, but only to the extent they are still in effect and relating to the hereinabove described property.

**TO HAVE AND TO HOLD** the Property together with all the rights and appurtenances lawfully accompanying it, by the Grantee, its successors and assigns forever, subject to the matters herein stated; and Grantor does hereby bind itself and its successors and assigns, to **WARRANT AND FOREVER DEFEND**, all and singular, the Property unto Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof or to claim the same or any part thereof, by, through, or under Grantor, but not otherwise.

Grantor hereby specifically disclaims any warranty, guaranty, or representation, oral or written, past, present or future, of, as to, or concerning: (a) the nature and condition of the Property or other items conveyed hereunder, including, without limitation, the water, soil, and geology, the suitability thereof and of the Property or other items conveyed hereunder for any and all activities and uses which Grantee may elect to conduct thereon, the existence of any environmental hazards or conditions thereon (including, but not limited to, the presence of asbestos or other hazardous materials) or compliance with applicable environmental laws, rules, or regulations; (b) the nature and extent of any right-of-way, lease, possession, lien encumbrance, license, reservation, condition, or otherwise; and (c) the compliance of the Property or its operation with any laws, ordinances, or regulations of any governmental entity or body. Grantee acknowledges that Grantee has inspected the Property and that Grantee is relying solely upon Grantee's own investigation of the same and not on any information provided or to be provided by or on behalf of Grantor. Grantee further acknowledges that any information provided with respect to the Property or other items conveyed hereunder was obtained from a variety of sources, and Grantor: (1) has not made any independent investigation or verification of such information; and (2) does not make any representations as to the accuracy or completeness of such information. This conveyance is made on an "**AS IS,**"

"**WHERE IS,**" and "**WITH ALL FAULTS**" basis, and Grantee expressly acknowledges that, except as otherwise specified herein, Grantor has made no warranty or representation, express or implied, or arising by operation of law, including, but not limited to, any warranty of condition, title (except as specifically set forth and limited in this Deed), habitability, merchantability, or fitness for a particular purpose with respect to the Property, all such representations and warranties, as well as any implied warranties being hereby expressly disclaimed.

By Grantee's acceptance of this Deed, Grantee agrees that Grantor shall not be responsible or liable to Grantee for any conditions affecting the Property, as Grantee is purchasing the same "**AS IS,**" "**WHERE IS,**" and "**WITH ALL FAULTS.**" Grantee or anyone claiming by, through or under Grantee, hereby fully releases Grantor, Grantor's employees, officers, directors, representatives, attorneys, and agents from any and all claims that Grantee may now have or hereafter acquire against Grantor, and Grantor's employees, officers, directors, representatives, attorneys, and agents for any cost, loss, liability, damage, expense, demand, action, or cause of action arising from or related to any conditions affecting the Property. Grantee further acknowledges and agrees that this release shall be given full force and effect according to each of its expressed terms and provisions, including, but not limited to, those relating to unknown and unsuspected claims, damages, and causes of action. This covenant releasing Grantor shall be a covenant running with the Property and shall be binding upon Grantee. Grantor hereby assigns without recourse or representation of any nature to Grantee, effective upon the execution and delivery hereof, any and all claims that Grantor may have for any such errors, omissions, or defects in the Property. As a material covenant and condition of this conveyance, Grantee agrees that in the event of any defects, or other conditions affecting the Property, Grantee shall look solely to Grantor predecessors or to such contractors and consultants as may have contracted for work in connection with the Property for any redress or relief. Upon the assignment by Grantor of Grantor's claims, Grantee releases Grantor of all rights, express or implied, Grantee may have against Grantor arising out of or resulting from any defects in the Property. Grantee further understands that some of Grantor's predecessors in interest may be or become insolvent, bankrupt, judgment-proof, or otherwise incapable of responding in damages, and Grantee may have no remedy against such predecessors, contractors, or consultants.

Grantee hereby agrees to indemnify, protect, defend, save, and hold harmless Grantor, and Grantor's officers, employees, directors, representatives, attorneys, and agents from and against any and all debts, duties, obligations, liabilities, suits, claims, demands, causes of actions, damages, losses, costs, and expenses (including, without limitation, attorney's fees and expenses and court costs) in any way relating to, connected with, or arising out of the Property or the ownership, leasing, use, operation, maintenance, and management thereof from and after the date hereof, including, without limitation, the cost of any removal of hazardous substances or contaminants from the Property and other items conveyed hereunder.



OR 0 0 8 9 7 0 0 7 0 5

00162906

Grantor warrants and represents that all ad valorem taxes and assessments for the Property for the year 2011 and all prior years have been fully paid. All such taxes and assessments for the prior years, except for assessments of additional taxes for periods prior to the effective date of this Deed resulting from this sale or subsequent changes in the use of the Property ("roll-back taxes"), shall be paid by Grantor. Subject to the foregoing, such taxes and assessments for the current year have been prorated between the parties hereto as of the effective date of this Deed, and Grantee assumes liability for the payment thereof, including roll-back taxes (if any shall be due), and for subsequent years. If such proration was based upon an estimate of such taxes and assessments for the year 2011, then upon demand the parties hereto, if necessary, shall promptly and equitably adjust all such taxes and assessments, as soon as actual figure for these items for calendar year 2011 are available.

EXECUTED this 22nd day of September, 2011.

**ZAPATA COUNTY:**

Jon Rathmell

Hon. Joe Rathmell
Zapata County Judge

**ACKNOWLEDGMENT**

**THE STATE OF TEXAS** §
§
**COUNTY OF ZAPATA** §

This instrument was acknowledged before me on the 22nd day of September, 2011 by Joe Rathmell, County Judge for Zapata County, a Political Subdivision of the State of Texas, on behalf of said entity.

AUDELIA HERNANDEZ
Notary Public, State of Texas
My Commission Expires
September 16, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**AFTER RECORDING RETURN TO:**

**JOEL RUIZ AND ANA MARIA RUIZ**
P.O. Box 100
San Ygnacio, Texas 78067

O R 0 0 8 9 7 0 0 7 0 6

# Exhibit A


"EXHIBIT"
OF
WEST END OF LINCOLN AVENUE
SAN YGNACIO, TEXAS
HOUSTON ST.
TREVINO ST.
LINCOLN AVE
PREMIER
CIVIL ENGINEERING LLC

00162906

Grantor warrants and represents that all ad valorem taxes and assessments for the Property for the year 2011 and all prior years have been fully paid. All such taxes and assessments for the prior years, except for assessments of additional taxes for periods prior to the effective date of this Deed resulting from this sale or subsequent changes in the use of the Property ("roll-back taxes"), shall be paid by Grantor. Subject to the foregoing, such taxes and assessments for the current year have been prorated between the parties hereto as of the effective date of this Deed, and Grantee assumes liability for the payment thereof, including roll-back taxes (if any shall be due), and for subsequent years. If such proration was based upon an estimate of such taxes and assessments for the year 2011, then upon demand the parties hereto, if necessary, shall promptly and equitably adjust all such taxes and assessments, as soon as actual figure for these items for calendar year 2011 are available.

OR 00897 00706

EXECUTED this 22nd day of September, 2011.

ZAPATA COUNTY:

[signature]

Hon. Joe Rathmell
Zapata County Judge

**ACKNOWLEDGMENT**

THE STATE OF TEXAS §
§
COUNTY OF ZAPATA §

This instrument was acknowledged before me on the 22nd day of September, 2011 by Joe Rathmell, County Judge for Zapata County, a Political Subdivision of the State of Texas, on behalf of said entity.

AUDELIA HERNANDEZ
Notary Public, State of Texas
My Commission Expires
September 16, 2014

[signature]

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

AFTER RECORDING RETURN TO:

JOEL RUIZ AND ANA MARIA RUIZ
P.O. Box 100
San Ygnacio, Texas 78067



Exhibit A

