00174102

GF # 212562 VL

OR 00979 00153

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

DEED

STATE OF TEXAS X

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF ZAPATA X

That RICHARD D. SPIGHT, as his sole and separate property, hereinafter called "Grantor" in consideration of the sum of ONE THOUSAND AND NO/100THS ($1,000.00) DOLLARS and other valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged, have GRANTED, SOLD AND CONVEYED and by these presents do GRANT, SELL AND CONVEY unto JOEL RUIZ and wife, ANA MARIA RUIZ, all of the following described Real Property, in Zapata County, Texas, to-wit:

00175308

OR 00937 00861

TRACT I:

Situated in Zapata County, Texas and being a tract of land containing one (1) acre, more or less, and known as Share No.5, in Block 5, lying in the town of San Ygnacio, fully described in a certain Partition Deed between Guadalupe Uribe de Martinez, et al, dated June 11, 1927 and recorded in Volume 18, pages 191-200, of the Deed Records of Zapata County, Texas; said Share No. 5 is bounded on the North by Grant Avenue; on the South by Lincoln Avenue; on the East by Lots 16, 17 and 18, of said Block No.5, and on the West by the Rio Grande River, as per Map of town of San Ygnacio, and as more particularly described by metes and bounds in Warranty Deed with Vendor 's Lien from John Charles Cain, et al., to Joel Ruiz, dated October 18,1996, and recorded in Volume 551, Pages 67-71, of the Official Public Records of Zapata County, Texas and further described on the attached Exhibit "A".

TRACT II:

Situated in Zapata County, Texas and being in the town of San Ygnacio, and being of a wedge shaped tract of land out of Share No. 4, lying to the south of and parallel to Lincoln Avenue, being all of that land lying above the 307' elevation traverse line or that lies inside the excluded area of the U.S. Government taking for Falcon Dam which is not taken into account by said map but which is a part of the original Share 4; said wedge being further described in deed recorded in Volume 478, pages 601-602, Zapata County Official Records.

TOGETHER WITH One acre-foot per annum of water rights held under certificate No.23-2708-001 ( f/k/a Certificated Number 23-2708A), being out of that certain water right grant dated June 26,1984, from Rodolfo Salinas, Jr. to Grantor's predecessor in interest Joel Ruiz. The point

00174102

OR 00979 00154

of diversion for pumping the water shall remain on the one acre tract described above, and shall be a covenant running with the land, regardless of subsequent ownership of the Real Property.

This conveyance is made and accepted subject to the following matters, to the extent same are in effect at this time: Easements, rights of way, and prescriptive rights, whether of record or not; all presently recorded restrictions, reservations, covenants, conditions, oil and gas leases, mineral severances, and other instruments, other than liens and conveyances, that affect the property; any discrepancies, conflicts, or shortages in area or boundary lines; any encroachments or overlapping of improvements; and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, but only to the extent that they are still in effect, relating to the hereinabove described property. Specifically, this conveyance is made subject to the following:

1. Right of Parties in possession.

2. Any visible and apparent roadway or easement over or across the subject property, the existence of which does not appear of record.

3. All Utility and drainage easements reflected on plat of Town of San Ygnacio, recorded in Volume 3, Page 71, Map or Plat Records of Zapata County, Texas.

00175308

OR 00987 00862

4. Subject to the right of the U.S. Government to flood any land that lies below the 307 foot elevation and the 314' elevation traverse as acquired by the United States of America in Civic Action No. 529, in the United States District Court for the Southern District of Texas, Laredo Division.

5. All prior reservations of oil, gas and other minerals and the right pertaining thereto.

TO HAVE AND TO HOLD the above described property, together with the rights and Appurtenances thereto in anywise belonging, to have and to hold it unto Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever.

Grantee acknowledges and agrees that Grantor is selling and Grantee is buying the Real Property on an "as-is", where is with all faults" basis. Grantee is not relying on any representations or warranties of any kind, including Warranties of Title, whatsoever express or implied, from Grantor as to any matters concerning the Real Property. Neither Grantor, nor any person or entity acting by or on behalf of Grantor, nor any partner, officer, director, employee, agent or affiliate, of Grantor has made any representation, warranty, inducement, promise, agreement, assurance or statement, directly or indirectly, oral or written, of any kind to Grantee upon which Grantee has or is relying or in connection with which Grantee has made or will make any decisions concerning the Real Property.

The provisions of this Deed shall be binding upon and shall inure to the benefit of the successors and assigns of Grantor and Grantee, respectively.

When the context requires, singular nouns and pronouns include the plural.

00174102

OR 00979 00155

EXECUTED this 15 day of April, 2016.

GRANTOR:

RICHARD D. SPIGHT

GRANTEE:

JOEL RUIZ

GRANTEE:

ANA MARIA RUIZ

STATE OF CALIFORNIA X

COUNTY OF CONTRA COSTA X

00175308

OR 00987 00863

This instrument was acknowledged before me on this 15 day of April, 2016 by RICHARD D. SPIGHT.

HAYLEY HORNBUCKLE
COMM. #2035030
Notary Public - California
Contra Costa County
My Comm. Expires July 29, 2017

Notary Public, State of California
My Commission Expires: 7/29/2017
Hayley Hornbuckle
Notary's Printed Name

STATE OF TEXAS X

COUNTY OF WEBB X

This instrument was acknowledged before me on this 20 day of April, 2016 by JOEL RUIZ.

00174102

Notary Public, State of TX
My Commission Expires: 10|31|17
Violeta Lombrana
Notary's Printed Name

VIOLETA LOMBRANA
Notary Public
STATE OF TEXAS
ID#12548187-9
My Comm. Exp. Oct. 31, 2017

STATE OF TEXAS X

COUNTY OF WEBB X

This instrument was acknowledged before me on this 20 day of April, 2016 by ANA MARIA RUIZ.

VIOLETA LOMBRANA
Notary Public
STATE OF TEXAS
ID#12548187-9
My Comm. Exp. Oct. 31, 2017

Notary Public, State of TX 00175308
My Commission Expires: 10|31|17
Violeta Lombrana
Notary's Printed Name

**Grantee's Address:**

110 Gutierrez St. PO Box 100
San Ygnacio, Tx 78067

OR 00979 00156

OR 00987 00864

00175308

Exhibit A

Description of Real Property

A tract of land containing one (1) acre, more or less, known as Share No. 5, in Block 5, lying in the town of San Ygnacio, fully described in a certain Partition Deed between Guadalupe Uribe de Martinez, et al., dated June 11, 1927 and recorded in Volume 18, pp. 191-200, of the Deed Records of Zapata County, Texas; said Share No. 5 is bounded on the North by Grant Avenue; on the South by Lincoln Avenue; on the East by Lots 16, 17 and 18, of said Block No., 5 and on the West by the Rio Grande River, as per map of town of San Ygnacio, and as more particularly described in volume 551, pp. 67-71 of the Official Records of Zapata County, Texas; together with all of Seller's right, title and interest in any and all adjoining streets, alleys, strips, and gores.

TOGETHER WITH All of Seller's right, title and interest in and to a wedge shaped tract of land out of Share No. 4, lying to the south of and parallel to Lincoln Avenue, being all of that land lying above the 307' elevation traverse line or that lies inside the excluded area of the U.S. Government taking for Falcon Dam which is not taken into account by said map but which is part of the original Share 4; said wedge being further described in deed recorded in volume 478, pages 601-602, Zapata County Official Records.

TOGETHER WITH One acre-foot per annum of water rights held under Certificate No. 23-2708-001 (f/k/a Certificate Number 23-2708A), being out of that certain water right grant dated June 26, 1984, from Rodolfo Salinas, Jr. to Seller's predecessor in interest Joel Ruiz. The point of diversion for pumping the water shall remain on the one acre tract described above, and shall be a covenant running with the land, regardless of subsequent ownership of the Real Property.

O R 0 0 9 8 7 0 0 8 6 6

# Exhibit A



Blk. 1
Agua Ave.
Blk. 2
Blk. 9
Blk. 10
Telephone Ofc.
Proceso Martinez
Old Home
Mercurio Martinez
Old Residence Mercurio Mtz.
Uribe Ave.
Blk. 3
First House Built 1830
Old Post Office
Old Fort
Blk. 8
Blk. 11
Blk. 17
U.S. Custom House
Washington Ave.
Blk. 4
Blk. 7
Blk. 12
Blk. 13
Treviño St.
Zaragoza St.
PLAZA
Blas Maria
Grant Ave.
Blk. 5
Blk. 6
Blk. 14
Blk. 18
Gutierrez St.
Lincoln Ave.
wedge
Blk. 15
Blk. 19
Blk. 38
Rio Grande
MEXICO

ZAPATA COUNTY
Mary Jayne Villarreal-Bonoan
ZAPATA COUNTY CLERK
Zapata, Tx 78076

00175308

70 2016 00175308

OR 00987 00859

Instrument Number: 2016-00175308

As
Recording

Recorded On: November 21, 2016

Parties: SPIGHT RICHARD D

To RUIZ JOEL ET UX

Billable Pages: 7

Number of Pages: 8

Comment: DEED

( Parties listed above are for Clerks reference only )

** THIS IS NOT A BILL **

| | |
|---|---|
| Recording | 50.00 |
| Total Recording: | 50.00 |

************ DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

Document Number: 2016-00175308
Receipt Number: 23570
Recorded Date/Time: November 21, 2016 01:59:59P
Book-Vol/Pg: BK-OR VL-987 PG-859
User / Station: M Bustamante - Cash Station 2

**Record and Return To:**

NEEL TITLE CORPORATION
1202 WELBY COURT
ATTN VIOLETA LOMBRANA
LAREDO TX 78041

State of Texas |
County of Zapata
I hereby certify that this instrument was filed for record in my office on the date and time stamped hereon and was recorded on the volume and page of the named records of Zapata County, Texas.

Mary Jayne Villarreal Bonoan

Mary Jayne Villarreal-Bonoan, County Clerk

**ZAPATA COUNTY**
**Mary Jayne Villarreal-Bonoan**
**ZAPATA COUNTY CLERK**
**Zapata, Tx 78076**

00174102

OR 00979 00152

**Instrument Number: 2016-00174102**

As
**Recording**

**Recorded On: May 11, 2016**

**Parties: SPIGHT RICHARD D**

**To RUIZ JOEL ET UX**

**Billable Pages: 5**
**Number of Pages: 6**

**Comment: DEED**

*( Parties listed above are for Clerks reference only )*

**** THIS IS NOT A BILL ****

| | |
|---|---|
| Recording | 42.00 |
| **Total Recording:** | **42.00** |

00175308

OR 00987 00860

************** DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT **************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**
Document Number: 2016-00174102
Receipt Number: 22389
Recorded Date/Time: May 11, 2016 11:36:21A
Book-Vol/Pg: BK-OR VL-979 PG-152
User / Station: E Castillo - Cash Station 1

**Record and Return To:**
NEEL TITLE CORPORATION
P O BOX 450029
LAREDO TX 78045

**State of Texas |**
**County of Zapata**
I hereby certify that this instrument was filed for record in my office on the date and time stamped hereon and was recorded on the volume and page of the named records of Zapata County, Texas.

*Mary Jayne Villarreal Bonoan*

Mary Jayne Villarreal-Bonoan, County Clerk